## AHO v. JACOBSEN.

No. 36. Decided March 2, 1959.

*George J. Engelman* and *Harry Kisloff* for petitioner.
*Paul R. Frederick* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the District Court for retrial on the admiralty side, *Romero* v. *International Terminal Operating Co.*, 358 U. S. 354, in light of *Kermarec* v. *Compagnie Generale Transatlantique*, 358 U. S. 625.